IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 07- **38 - UNA** |
| | ) |
| CRISTIAN OREJUELA | ) |
| aka Christian Munoz, | ) |
| | ) |
| | ) **REDACTED** |
| Defendant. | ) |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about February 18, 2007, in the State and District of Delaware, CRISTIAN OREJUELA, aka Christian Munoz, defendant herein, an alien illegally or unlawfully in the United States, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Para-Ordnance, .45 ACP caliber semi-automatic handgun, with the serial number TJ6633, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) a Para-Ordnance, .45 ACP caliber semi-automatic handgun, with the

FILED
MAR 1 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

serial number TJ6633, and (2) 5 rounds of .45 ACP caliber ammunition.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: March 15, 2007