AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

CRISTIAN OREJUELA

# WARRANT FOR ARREST

CASE NUMBER: 07- 45M

**To: The United States Marshal
and any Authorized United States Officer**

**YOU ARE HEREBY COMMANDED** to arrest STEVEN KELLAM when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with being an alien in possession of a firearm

in violation of Title __18__ United States Code, Section (s) ___922(g)(5)___

**Honorable Mary Pat Thynge**
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

March 12, 2007     Wilmington, DE
Date and Location

**Bail fixed at $** _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 844 King St Wilm DE |

| DATE RECEIVED 3/12/07 | NAME AND TITLE OF ARRESTING OFFICER for ATF  J Policichio | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 3/12/07 | | |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED
APR - 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE