IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
       Plaintiff, :
:
v. : Criminal Action No. 07-038 JJF
:
CHRISTIAN OREJUELA, :
:
       Defendant. :

# O R D E R

WHEREAS, Defendant has filed a Motion to Suppress Evidence and Statements (D.I. 9);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Wednesday, June 13, 2007, at 1:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

May 31, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
MAY 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE