IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 07-38-JJF |
| CRISTIAN OREJUELA | ) |
| aka Christian Munoz, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

IT IS HEREBY ORDERED this  13  day of  June , 2007, that the hearing on the Defendant's Motion to Suppress Evidence and Statements in this case be re-scheduled for   TBD   at _____; ~~and~~

IT IS FURTHER ORDERED that the time from today's date until the date of the suppression hearing is excluded under the Speedy Trial Act, and that such an exclusion is in the interests of justice, and that the interest of resolving the case without a trial outweighs the public's and the defendant's interest in a speedy trial.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge


FILED
JUN 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE