IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-38 JJF |
| CHRISTIAN OREJUELA, | : | |
| Defendant. | : | |

### ORDER

WHEREAS, the Court granted Government's Motion to Continue Hearing set for June 13, 2007 (D.I. 12);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Tuesday, July 10, 2007, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

June 26, 2007
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE



FILED
JUN 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE