

U.S. Department of Justice

*United States Attorney's Office*
*District of Delaware*

---

Chase Manhattan Centre
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, Delaware 19899-2046

(302) 573-6277
FAX (302) 573-6220

July 9, 2007

Case Manager
U.S. District Court
844 King Street
Wilmington, DE 19801

    **RE:**    **Request For Permission To Have Laptop Computer in Courtroom 4B**
             *United States v. Orejuela*, Cr. A. No. 07-38-JJF

Dear Ms. Krett:

    We are scheduled to appear in a trial proceeding in Courtroom 4B commencing on July 10, 2007 and request permission to bring projector, projector screen, labtop, and audio player set-up to Courtroom 4B. We are aware of the Court's October 20, 2004, Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

    Enclosed we have provided the Order to request permission for equipment usage in Courtroom 4B.

                                      Respectfully Submitted,

                                      COLM F. CONNOLLY
                                    United States Attorney

                  By:                             
                                    Ilana H. Eisenstein
                                    Assistant United States Attorney

Enclosure
cc:    David Thomas, United States Marshal (w/o enclosure)
       Keith Ash, Chief Court Security Officer (w/o enclosure)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO POSSESS AND UTILIZE A LAPTOP COMPUTER DURING COURT PROCEEDINGS IN COURTROOM 4B OF THE J. CALEB BOGGS FEDERAL BUILDING | )<br>)<br>)<br>)<br>) Cr. A. No. 07-38-JJF<br>)<br>)<br>)<br>) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, Laptop Computer, Audio Player Set-up, Projector, and Projection Screen for an evidentiary hearing commencing and ending on July 10, 2007.

Counsel shall comply with the inspection provisions of the United States Marshal.


| Ilana Eisenstein | Assistant United States Attorney |
|---|---|
| Name | Title |

| Barbara Lotharp | Paralegal Specialist |
|---|---|
| Name | Title |

| Anthony Anguti | Systems Manager |
|---|---|
| Name | Title |


HONORABLE JOSEPH J. FARNAN, JR.
United States District Court Judge

DATE: _____