IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | ) <br> ) <br> ) <br> ) <br> ) Cr. A. No. 07-38-JJF <br> ) <br> ) <br> ) <br> ) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, Laptop Computer, Audio Player Set-up, Projector, and Projection Screen for an evidentiary hearing commencing and ending on July 10, 2007.

Counsel shall comply with the inspection provisions of the United States Marshal.

| Ilana Eisenstein | Assistant United States Attorney |
|---|---|
| Name | Title |

| Barbara Lotharp | Paralegal Specialist |
|---|---|
| Name | Title |

| Anthony Anguti | Systems Manager |
|---|---|
| Name | Title |

HONORABLE JOSEPH J. FARNAN, JR.
United States District Court Judge

DATE: July 10, 2007