AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_for the_     DISTRICT OF    Delaware

USA
v.
Cristian Orejuela

**EXHIBIT AND WITNESS LIST**

Case Number: 07-CR-038 JJF

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Farnan | Ilana Eisenstein | Edson Bostic |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 10, 2007 | Heather (Hawkins) | LF |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W-1 |  | 7-10 |  |  | Sergeant Spagnolo |
| 1 |  | 7-10 | ✓ | ✓ | Dispatch tape from Delaware State Police |
| 2 |  | " | ✓ | ✓ | Consent form |
|  | 3 | " | ✓ | ✓ | Police Report of Sgt. Spagnolo |
|  | 8 | " | ✓ | ✓ | Detail call for service report |
| W-2 |  | " |  |  | John Penrod (Detective) |
| 3 |  | " | ✓ | ✓ | Videotape interview of Defendant |
|  | 9 | " | ✓ |  | Miranda Warnings |
| W-3 |  | " |  |  | Special Agent Michael Deshaies |
| 4 |  | " | ✓ | ✓ | Miranda Waiver |
|  | 10 | " | ✓ | ✓ | Orejuela Criminal History Report |
|  | 3A | " | ✓ |  | Correspondence from Gov't (6/28) |
| W-1 |  | " |  |  | Jeremy Nye |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages