IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 07-38-JJF |
| ) | |
| CRISTIAN OREJUELA, a/k/a ) | |
| CRISTIAN MUNOZ ) | |
| ) | |
| Defendant. ) | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Ilana Eisenstein, Assistant U.S. Attorney, as attorney of record for the United States and enter the appearance of Douglas E. McCann, Assistant United States Attorney, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _/s/ Douglas E. McCann_
Douglas E. McCann
Assistant United States Attorney

Dated: August 21, 2007