IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
v. : Criminal Action No. 07-38-JJF
:
CRISTIAN OREJUELA, a/k/a :
CRISTIAN MUNOZ, :
:
    Defendant. :

### O R D E R

At Wilmington, this 20 day of September 2007, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Motion To Suppress Physical Evidence And Statements (D.I. 9) filed by Defendant, Cristian Orejuela, is **GRANTED in part**, to the extent that Defendant requests suppression of his statements obtained prior to Sergeant Spagnolo's administration of the Miranda rights, and **DENIED in part**, to the extent that Defendant requests suppression of his post-Miranda statements to Sergeant Spagnolo, Detective Penrod and Special Agent DeShaies, as well as any physical evidence recovered as a result of these statements.

                                                /s/ Joseph J. Farnan, Jr.
                                        UNITED STATES DISTRICT JUDGE