IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-038-JJF |
| CHRISTIAN OREJUELA, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, on October 11, 2007 the Court held a scheduling conference in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that a Status Conference will be held on November 15, 2007 at 10:30 a.m.

The time between the date of this Order and November 15, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

October 31, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
NOV 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE