IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action. No. 07-38-JJF |
| | : | |
| CRISTIAN OREJUELA | : | |
| a/k/a Christian Munoz, | : | |
| | : | |
| Defendant. | : | |

## WAIVER OF RIGHT TO JURY TRIAL

Pursuant to Rule 23(a) of the Federal Rules of Criminal Procedure, Defendant Cristian Orejuela hereby knowingly, voluntarily and intelligently waives his right to a trial by jury, and knowingly, voluntarily and intelligently consents to a bench trial before the Honorable Joseph J. Farnan, Jr.

_____
Cristian Orejuela
Defendant
Dated: November 19, 2007

_____
Edson Bostic, Esq.
Attorney for Defendant Cristian Orejuela

The United States hereby consents to a bench trial.

COLM. F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: November 19, 2007

The Court approves the defendant's waiver of his right to a jury trial.

Dated: November 19, 2007

_____
UNITED STATES DISTRICT JUDGE

FILED
NOV 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE