IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-038-JJF |
| CHRISTIAN OREJUELA, | : |
| Defendant. | : |

**ORDER**

This action came on for trial before the Court, the Honorable Joseph J. Farnan, Jr., District Judge, presiding, and the issues having been tried and the Court having rendered its finding of guilt on November 19, 2007.

NOW THEREFORE, IT IS ORDERED that the Defendant, Christian Orejuela is hereby adjudged guilty of Count One of the Indictment.

December 11, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

