IN THE UNITED STATES COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No.  07-38-JJF |
| CRISTIAN OREJUELA, | ) ) | |
| Defendant. | ) ) | |

### ENTRY OF APPEARANCE

**PLEASE**, enter the appearance of Ilana H. Eisenstein, Assistant U.S. Attorney, as co-counsel in the above-captioned case.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney

    BY: /s/ Ilana H. Eisenstein
    Ilana H. Eisenstein
    Assistant United States Attorney

Dated: February 27, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-38-JJF |
| | ) | |
| **CRISTIAN OREJUELA,** | ) | |
| **Defendant.** | ) | |

### CERTIFICATE OF SERVICE

I, Brandi C. Everett, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 27th day of February, 2008, I caused to be electronically filed a **Entry of Appearance** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. I further certify that a copy of the foregoing was hand delivered to counsel of record as follows:

Edson A. Bostic
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801

/s/ Brandi C. Everett
Brandi C. Everett
Legal Assistant