IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-38-JJF |
| CHRISTIAN OREJUELA, | : | |
| Defendant. | : | |

**DEFENDANT'S AMENDED UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING HEARING**

Defendant, Christian Orejuela, by and through his undersigned counsel, Edson A. Bostic, Federal Public Defender, hereby moves this Court for an Order continuing the Sentencing Hearing in this case.

In support of this motion, Mr. Orejuela avers as follows:

1. On November 19, 2007, this Court held a stipulated bench trial and found Mr. Orejuela guilty of possession of a firearm by an illegal alien, in violation of 18 U.S.C. § 922(g)(5).

2. Mr. Orejuela is scheduled to be sentenced on March 6, 2008.

3. Mr. Orejuela has pending State charges of Attempted Murder, Reckless Endangering, First Degree, and Possession of a Firearm During a Felony. These charges relate to Mr. Orejuela's conviction in this Court.

4. The Government previously notified Counsel and the Probation Department of its intent to seek an Attempted Murder enhancement at sentencing. In recent days, however, the parties began to discuss how to amicably resolve this issue and Mr. Orejuela's pending State charges.

5. Counsel believes that it is likely that the parties can reach an amicable resolution that will be particularly beneficial to Mr. Orejuela.

6. Reaching such an agreement, however, requires discussions with the Attorney General's Office and Mr. Orejuela's state court counsel.

7. Thus, Mr. Orejuela requests a 30-day postponement of the Sentencing Hearing to properly resolve this issue.

8. The Government does not object to Mr. Orejuela's request for a postponement.

9. Accordingly, Mr. Orejuela believes that a postponement of the Sentencing Hearing is warranted in the interests of justice.

**WHEREFORE,** the Defendant, Christian Orejuela, respectfully requests that this Court issue an Order postponing the Sentencing Hearing for at least 30 days.

Respectfully submitted,

 /s/ Edson A. Bostic
Edson A. Bostic, Esquire
Federal Public Defender

Attorney for Christian Orejuela

One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com

Dated: March 4, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-38-JJF |
| | : | |
| CHRISTIAN OREJUELA, | : | |
| | : | |
| Defendant. | : | |

### **ORDER**

Having considered Defendant's Unopposed Motion For Postponement Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that Defendant Orejuela's Sentencing Hearing shall be on the _____ day of _____, 2008, at _____ a.m./p.m.

 

                                                                                                     _____

                                                                                                     Honorable Joseph J. Farnan, Jr.
                                                                                                     United States District Court