IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-38-JJF |
| CHRISTIAN OREJUELA, | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant's Unopposed Motion For Postponement Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this __5__ day of __March__, 2008, that Defendant Orejuela's Sentencing Hearing shall ~~be on the~~ RESCHEDULED. ~~day of~~ ~~2008,~~ ~~at~~ ~~a.m./~~p.m.

_____
Honorable Joseph J. Farnan, Jr.
United States District Court



FILED

MAR 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE