IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-38-JJF |
| CRISTIAN OREJUELA, | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE withdraw the appearance of Douglas E. McCann from the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Douglas E. McCann
Douglas E. McCann
Assistant United States Attorneys
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

DATED: April 14, 2008