IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-038 JJF |
| CHRISTIAN OREJUELA, | : | |
| Defendant. | : | |

**O R D E R**

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Tuesday, June 3, 2008, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

_May 15, 2008_                         _[signature] Joseph J. Farnan Jr._
DATE                                   UNITED STATES DISTRICT JUDGE